BEFORE: STEVEN TISCIONE  　　　　　　　　　　DATE: 12/15/2020
UNITED STATES MAGISTRATE JUDGE　　　　　　TIME:  4:22 p.m.– 4:30 p.m.

## CRIMINAL CAUSE FOR REVOCATION OF BAIL HEARING

**DOCKET No.:** 20-MJ-909, U.S.A. v. William Seth Martinez (SEALED)

**DEFENDANT:** William Seth Martinez  　　　**DEF. #**
☒ Present  ☐ Not Present  ☒ Custody  ☐ Bail/Surrender

**DEFENSE COUNSEL:** Randi Chavis
☒ Federal Defender  ☐ CJA  ☐ Retained

**A.U.S.A.**: Paul Scotti

INTERPRETER: n/a

PROBATION OFFICER/PRETRIAL:  Brian Manganaro

**COURT REPORTER** / FTR LOG : Paul Lombardi      LAW CLERK: AGT

☒ Case called      ☒ Counsel for all sides present

☐ Arraignment on the Violation of Supervised Release

☐ Defendant enters a plea of NOT GUILTY

☒ Waiver of Speedy Trial executed; Order of Excludable Delay entered until 2/16/2021

☐ Order Setting Conditions of Release and Bond continued.

☒ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

　　☐ Detention Hearing scheduled for:

☒ Bail Hearing held.  Disposition:   Bond revoked and defendant remanded

☐ Next Court appearance scheduled for _____.

Defendant ☐ Remains on Bond;  ☒ Remains in Custody.

OTHER:   Revocation of bail hearing conducted via video- and tele-conference. Counsel for all sides present. Court found that Defendant violated the terms of release by leaving in-patient drug program.  Defendant did not propose an alternative bail package at this time. Court remanded Defendant to custody and entered a Permanent Order of Detention, with leave to submit a bail package at a later time. Court entered an order of excludable delay until February 16, 2021.